AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
2017 MAR -8 PM 12: 52
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Gabriel Lugo
_____
Petitioner

v.

United States of America
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 6:17-cv-413-ORL-40GJK
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Gabriel Lugo
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Seminole County Correctional Facility
   (b) Address: 211 Bush Blvd., Sanford, Florida
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   → ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 18TH Judicial Circuit Court 101 Bush Blvd. Sanford Florida
   (b) Docket number of criminal case: 2006 CF 002777 A
   (c) Date of sentencing: 04-03-2017 April 3, 2017
   ☐ Being held on an immigration charge
   → ☒ Other (explain): VOP Violation of State Probation to be sentenced post federal filing of Habeas Action

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: U.S. DISTRICT COURT PUERTO RICO (SAN JUAN)

   (b) Docket number, case number, or opinion number: 3-14-CR-00560-FAB-1

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): PLAINTIFF CONTEST THE SENTENCING FACTORS OF THE INSTITUED FEDERAL COMMITMENT

   (d) Date of the decision or action: MARCH 8, 2016

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A Applicable

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: PER CONDITIONS OF PLEA AGREEMENT

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes  ☒ No
   
   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: NON Applicable
   
   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:
   
   (b) If you answered "No," explain why you did not file a second appeal: UNTIMELY

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes  ☒ No
   
   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court:
   
   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Unlawful/illegal sentence, federal, in violation of procedural and substantive Due Process Rights guaranteed under the 5th and 14th Amendments to the Constitution,

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: SEE ATTACHMENT MEMORANDUM OF LAW.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes         ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: INEFFECTIVE ASSISTANCE OF COUNSEL

**Request for Relief**

15. State exactly what you want the court to do: EX POST FACTO SEEKING A PARTIAL VACATION OF FEDERAL SENTENCE AND TO RESCIND THE (3) YEARS TERM OF SUPERVISED RELEASE PROBATION WAIVER TO THE STATE OF FLORIDA TERM OF PROBATION. AND

TO APPLY THE FEDERAL TIME SERVED TO BE RUN CONCURRENT WITH THE STATE OF FLORIDA VIOLATION OF PROBATION TERM OF IMPRISONMENT TO BE IMPOSED IN CASE NO: 2006CF002777A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _MARCH 5TH 2017_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _03/05/2017_

_[Signature]_
Signature of Petitioner

_PRO SE._
Signature of Attorney or other authorized person, if any