1.

Attachment : Memorandum of Law

1. The Plaintiff Contends pursuant to the federal instant, offense, procedural and Substantive due Process Rights, were clearly violated at the Time of the Defendant's Sentencing, in Violation of the 5th and 14th Amendments to the Constitution.

2. The Plaintiff Comes Now before the federal Court, U.S. District, in the here and Now Habeas Action, whose Subject Matter jurisdiction is hereby Timely filed.

3. The Plaintiff further Contends that He is serving an Unlawful federal Sentence that at the Time of Sentencing the, Ex Post facto, Court Appointed Counsel failed to, Motion, provide Memorandum, Nor State on the Record the Defendant's Will to Seek the Application of the U.S. Sentencing Guideline, at 5G1.3, that due to the ineffective Assistance of Counsel, Resulting in an Unlawful Sentence at U.S. District level.

2.

4. PURSUANT TO THE JUDGMENT IN A CRIMINAL CASE NO: 3:14.CR-00560-1(f-48), DULY NOTED IS THE COURT'S CONDITION THAT THE "STATE" SENTENCE IN CASE No: 2006-CF-2777, BE SERVED CONSECUTIVELY TO THE FEDERAL TERM OF IMPRISONMENT.

5. THE PROCEDURAL DUE PROCESS VIOLATION EXISTS UNDER THE 5TH AMENDMENT'S GUARANTEE TO NOT BE UNDER AN EXCESSIVE SENTENCE, BEING THE SUBJECT MATTER, JURISDICTION HEREIN THE TIMELY FILED HABEAS CORPUS ACTION, NOW - BEFORE THE COURT.

6. THE SUBSTANTIVE DUE PROCESS VIOLATION EXISTS UNDER THE 14TH AMENDMENT'S GUARANTEE THAT ALL, DEFENDENT'S RECEIVE FAIR AND QUALIFIED LEGAL COUNSEL THROUGH-OUT ALL PROCEEDINGS.

7. THE COURT APPOINTED COUNSEL WAS CLEARLY INEFFECTIVE IN ASSISTANCE TO THE DEFENDANT WHEREBY PERMITTING WITHOUT CONTEST, THE COURT TO IMPOSE CONDITIONS TO A CONSECUTIVE STATE CRIMINAL SENTENCE.

3.

In Conclusion, The outcome of the Sent-
encing proceeding would
Have been different Had The Defendant
been Appointed other Qualified Counsel.

It could Not Have been Known at the
Time of Sentencing The Defendant would
stand To be imposed an additional
Term of imprisonment, by The Same
State Court, so stated in the
Judgment.

The Plaintiff Seeks the U.S. District Court
Having jurisdiction of the Plaintiff To Grant
The Relief in the form of an evidentiary
Hearing and/or Court Order directing
The State Court To Apply in Aggregate
All federal time Served Toward the
Violation of probation Term of imprisonment,
and forego a Second Probation federally.

Respectfully Submitted,

Mr. Gabriel Lugo

Page:   3 of 3